# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | 2:20-CR-0003-JAM<br>U.S. v. Ryan Guidry | Date: | March 10, 2021 |
| To: | The Honorable John A. Mendez,<br>Courtroom Deputy Gabriel Michel | From: | Andre M. Espinosa<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700 |

    The parties jointly request that the Court vacate the hearing for Judgment and Sentencing in this matter for defendant Ryan Guidry, currently scheduled for February 23, 2021, at 9:15 a.m., and set a hearing for Judgment and Sentencing on June 8, 2021, at 9:15 a.m.

    The defendant's counsel has been contacted informally and will have additional notice through this request and any further notice the Court files.

    Defendant Ryan Guidry is currently not in custody.