

# Robert M. Wilson

**Attorney at Law**

---

### MEMORANDUM

---

**TO:**  GABE MICHEL COURTROOM DEPUTY TO THE HONORABLE JOHN A. MENDEZ
**FROM:**  ROBERT M. WILSON
**SUBJECT:**  RYAN GUIDRY  2:20-CR-0003-JAM
**DATE:**  JULY 18, 2022
**CC:**  AUSA AUSA CHRIS HALES, KEVIN KHASIGIAN; USPO LYNDA MOORE

---

The above matter is scheduled for judgment and sentencing on June 26, 2022. All parties have agreed to a continuance of judgment and sentencing based on medical related issues and scheduling conflict of defense counsel and the need for additional time for the defense to provide information to probation to facilitate the revised sentencing schedule below.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | August 16, 2022 |
| Reply, or Statement of Non-Opposition: | August 09, 2022 |
| Formal objections/motion for correction due | August 02, 2022 |