

# Robert M. Wilson

**Attorney at Law**

---

### MEMORANDUM

---

**TO:**      GABE MICHEL COURTROOM DEPUTY TO THE HONORABLE JOHN A. MENDEZ
**FROM:**    ROBERT M. WILSON
**SUBJECT:** RYAN GUIDRY  2:20-CR-0003-JAM
**DATE:**    JULY 18, 2022
**CC:**      AUSA AUSA CHRIS HALES, KEVIN KHASIGIAN; USPO LYNDA MOORE

---

The above matter is scheduled for judgment and sentencing on August 16, 2022. All parties have agreed to a continuance of judgment and sentencing based on medical related issues concerning the defendantl and the need for additional time for the defense to provide information to probation to facilitate the revised sentencing schedule below.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | September 27, 2022 |
| Reply, or Statement of Non-Opposition: | September 20, 2022 |
| Formal objections/motion for correction due | September 14, 2022 |