

# Robert M. Wilson

**Attorney at Law**

---

### MEMORANDUM

---

**TO:**        PETE BUZO COURTROOM DEPUTY TO THE HONORABLE DALE A. DROZD
**FROM:**   ROBERT M. WILSON
**SUBJECT:** RYAN GUIDRY  2:20-CR-0003-DAD
**DATE:**    SEPTEMBER 22,2022
**CC:**        AUSA AUSA CHRIS HALES, KEVIN KHASIGIAN; USPO LYNDA MOORE

---

The above matter is scheduled for judgment and sentencing on September 27, 2022. All parties have agreed to a continuance of judgment and sentencing based on medical related issues concerning the defendant and the need for additional time for the defense to provide information to probation to facilitate the revised sentencing schedule below.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | November 15, 2022 |
| Reply, or Statement of Non-Opposition: | November 08, 2022 |
| Formal objections/motion for correction due | November 01, 2022 |