

# ROBERT M. WILSON

**Attorney at Law**

---

**MEMORANDUM**

---

**TO:** PETE BUZO COURTROOM DEPUTY TO THE HONORABLE DALE A. DROZD
**FROM:** ROBERT M. WILSON
**SUBJECT:** RYAN GUIDRY  2:20-CR-0003-DAD
**DATE:** NOVEMBER 4, 2022
**CC:** AUSA CHRIS HALES, KEVIN KHASIGIAN; USPO LYNDA MOORE

---

The above matter is scheduled for judgment and sentencing on December 13, 2022. All parties have agreed to a continuance of judgment and sentencing based on medical related issues concerning the defendant and the need for additional time for the defense to provide information to probation to facilitate the revised sentencing schedule below.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | December 13, 2022 |
| Reply, or Statement of Non-Opposition: | December 06, 2022 |
| Formal objections/motion for correction due | November 29, 2022 |