PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>            v.<br><br>RYAN GUIDRY,<br><br>                            Defendant. | CASE NO. 2:20-CR-03 DAD<br><br>NOTICE TO SEAL DOCUMENT |

Pursuant to Local Rule 141, the United States, through Assistant United States Attorney Christopher S. Hales, hereby gives notice that it has submitted a five-page sentencing recommendation to the Court, a copy of which has also been submitted to counsel for the defendant, and requested such document be sealed.

DATED: January 24, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

*/s/ Christopher S. Hales*
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant United States Attorneys