**Sentencing Memorandum Exhibits**

**United States v. Guidry**

**2:20 CR 0003 DAD**

Ryan Guidry

████████████████

January 20, 2023

Honorable Dale A. Drozd
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 4, 15th floor
Sacramento, CA  95814

Dear Judge Drozd,

I am very sorry that I violated the law in this case. I am embarrassed to admit that I participated in fraudulent activities at DC Solar in my capacity as Vice President of Operations. As instructed by the owner, I helped prepare fraudulent documents to hide the company's criminal activities from investors. I accepted a large fee to obtain a signature on, what I later learned to be, a false contract. I also took steps to mislead inspectors about the exact location of certain mobile units.

There is no excuse for my criminal conduct. Although I did not understand the full scope of the criminal conspiracy, I am responsible for my illegal actions. My actions supported efforts to deceive victims who lost money. To all the investors who were harmed by this scheme and to all the employees who lost their jobs, I apologize. I am committed to making amends and paying my full restitution to the victims. To that end, I've already deposited with the Court Clerk, $250,000.

Our country is based on trust which is why I am so ashamed of my reckless conduct. It was my duty to obey the law and I failed. I am grateful for this orderly legal process to reckon with the truth of my harmful acts. As I prepare to hear my sentence, I am focused on atonement as a step towards reconciliation.

Your Honor, I've had a lot of sleepless nights throughout this long legal process. I've had time to do some research on the purposes of punishment in our justice system. A sentence should punish the offender, send a message of deterrence, and focus on rehabilitation. If those were the goals of my sentence, I considered what steps I could take to assist this Honorable Court in making the right decision.

To start, I thought about my own life story. I had to figure out how I got here, what went wrong, and what I've learned from this experience. For that reason, I'm offering this letter, hoping that it will bring you more insight into who I am as a human being. I'm grateful to my friends and family who helped me gather my thoughts and prepare this letter.

Through this process, I've learned and shared a lot about myself – both good and bad. I'm committed to being a loving and supportive husband and father. I recognize that I have battled with drug addiction and alcoholism for many years. To live as a free and healthy person, I will need to be in AA and NA for the rest of my life. I owe it to my family to stay sober and make wise choices from now on.

## Family and Upbringing

I was born in Baton Rouge, Louisiana, on January 5, 1977. My parents divorced after a volatile marriage when I was about five years old. About two years later, my mother remarried to my stepfather, Lloyd. So, my two siblings and I moved from a nice house in the suburbs to a trailer in Greensburg (pop. 662). Lloyd worked as an engineer. My mother worked for the State of Louisiana as a child support enforcement agent.

On Lloyd's ten acres, we took care of horses, cows, chickens, rabbits, and dogs. I remember feeding the animals every day before school. Unfortunately, Lloyd quickly revealed himself to be a raging alcoholic who abused my mother on a weekly basis. Every night, Lloyd got roaring drunk on Old Crow Whiskey. I saw him hit my mother with a closed fist, causing bruises. We all lived in fear of Lloyd and dreaded the moment he came home from work every day. My sister was so frightened that sometimes I slept under her bed with a shotgun to defend her.

At the St. Helena Parish public elementary school, I was not a good student and did not always behave well. I preferred playing on my baseball and football teams. While we lived with Lloyd, I spent summers with my Aunt Carolyn and Uncle Dennis. Their home was my safe harbor. They treated me with tenderness and kindness. I always looked forward to seeing Dennis, whose warm personality was the exact opposite of Lloyd's.

During that period, I spent every other weekend with my father. Sometimes my father did not show up to pick us up because he was also a serious alcoholic. Other times, he'd take us to the bar on the way back to his house. My dad was not a violent drunk, but he drank heavily and ended up with several DUI's.

My mother left Lloyd for the first time when I was in the fifth grade. Then, we moved to the one-stoplight town of Independence, Louisiana, where I enrolled in the Mater Doloroso Catholic School. A few months later, my mother reunited with Lloyd who moved back in with us. In eighth grade, I transferred to the public middle school due to my poor behavior. In ninth grade, my mother placed me in a private Christian school. She told me that, if I earned good grades, I could return to public school. So, I applied myself, earned straight A's, then transferred back to the school where my friends were.

At Independence High School, I played baseball and football. It was always easy for me to make friends so I enjoyed an active social life. I started drinking alcohol and smoking marijuana on weekends in my freshman year. During my junior year, I got my first job as the fry cook at Kentucky Fried Chicken where I made $4.25/hour.

2

Unfortunately, my drug and alcohol abuse got worse as I got older. I drank and drugged too often and too much. I remember going to a nightclub in Hammond and bars in New Orleans. I frequently got in trouble for skipping school. Looking back, I regret my selfish behavior, especially because of the stress it caused my mother.

As a child and teenager, I endured an enormous amount of chaos, violence, and instability. I lived in six different houses in Independence between fifth and twelfth grade. I was constantly moving around and surrounded by negative influences. I lacked healthy boundaries despite the best efforts of my mother. Your Honor, many kids grow up under difficult circumstances without growing up to break the law. I am very sorry that my actions harmed the DC Solar investors and employees. I hope the victims receive fair justice through this legal process and my sentence.

### Early Adulthood

After graduating high school in 1995, I got my first job working at the oil refineries for Brand Scaffolding. In 1997, I moved in with my father after his second marriage ended due to his alcoholism. We drank together like friends and went to sports and music events like Jazz Fest. In 1998, I moved to New Orleans where I worked in the French Quarter as a waiter at Crescent City Brewhouse. After a year, I left that restaurant to sell artwork out of my car until moving to Atlanta to sell Butcher's Choice steaks.

In 2000, I moved to Key Largo to work for a friend's tree-trimming business. Then, I got a bartending job at Cactus Jacks Sports Bar & Pub on the waterfront. Over the next few years, I took bartending jobs in Maine, Colorado, Rhode Island, St. Thomas, and St. John before returning to Pat Obrien's pub in the French Quarter.

While working at the Heavenly Ski Resort in Lake Tahoe, I met my wife, Jennifer, in 2007. Soon after, I moved in with her in Martinez, California, where she was based as a Southwest Airlines flight attendant. That same year, my father died of lung cancer. Then, I got a job in the real estate industry cold-calling potential refinance customers then personally meeting with them to address their specific needs. After working in this industry for two years, I wasn't comfortable with how the industry worked. So, I made a career change to something more stable.

In 2009, Jennifer and I got married then welcomed our daughter, Samantha, in 2010. Around that same time, I took a job at Safway Scaffolding which served large refineries. I started working in the yard unloading raw materials out of the trucks. Later, I was promoted to Cost Engineer and Employee Timekeeper on our site at Valero Benicia Refinery. I often worked seven days/week, twelve hours/day managing scaffolding projects around the large towers.

For years, I had a fun time working, travelling and partying around the county. Then, I settled down with my beloved wife and daughter. In 2013, Jennifer and I welcomed our son, Zachary. I wanted to provide my children with the stable, peaceful loving home I

3

never had growing up. I took my family responsibilities seriously and worked hard to make a living.

As DC Solar promoted me, I felt good about providing my family a life I didn't have growing up. I should have quit the first time I felt that something shady was going on. When I broke the law in this case, I risked my family's wellbeing by risking my own freedom. My illegal actions will have lifelong consequences for the victims and for my family. It is devastating to think about my irresponsible, foolish choices at DC Solar.

### Criminal Conspiracy at DC Solar

In 2012, a Safway Scaffolding colleague introduced me to Jeff Carpoff, the owner of DC Solar. He explained that they manufactured portable solar energy units and were negotiating a contract with T-Mobile. Approximately one year later, Jeff's wife, Paulette, hired me to be the Distribution Manager. I worked out of the Concord office to coordinate delivery of units and troubleshoot problems in the field. I was on call 24/7 to address whatever needs arose.

As far as I knew, DC Solar was a legitimate business. The units worked well and were in-demand. I worked long hours and on weekends to handle volume of customer requests. My direct colleagues were the other workers involved with the building and distribution of the units. I did my job and followed the instructions from Jeff and Paulette. Alan Hansen and I had our offices down in the trenches in the warehouse. Upper management was on the second-floor main office.

While I did not understand the big picture until later, I did notice how lavishly the owners spent on their lifestyle. I also knew that I was getting paid very well for a person with no specific education or training. When Jeff and Paulette promoted me to Director of Operations, it seemed like I was advancing because of my good, hard work. In my mind, I was busy so I figured we must be successful. However, as the years progressed, I noticed more and more strange activity.

I am embarrassed to admit that I followed instructions that I should`ve known were wrong. I prepared spreadsheets that contained false and misleading information that I knew Jeff planned to show investors. When Jeff asked me to get a signature on a contract, I complied and accepted a $1 million "bonus." I did not ask questions and hoped that he knew what he was doing. I paid taxes on the money and didn't try to hide it. Once, I travelled to Nevada to replace the Vehicle Identification Numbers on our units there. Jeff told me it was it because of a manufacturing issue. I know now it was to mislead inspectors.

I have learned even more since this legal case began. Now that I know the whole story, I am even more ashamed of what I did to assist this criminal scheme. It was a terrible mistake to stay at DC Solar for a generous salary. I rationalized staying on by telling myself I had to provide for my family. I also justified working there since I handled the legitimate side of the business. All in all, I used terrible judgement and must now accept the

4

consequences of my bad choices. I will never forget the victims who were hurt by this conspiracy.

## Reflections

Before I was indicted, I met with federal agents and told them everything I knew about DC Solar. Meanwhile, I kept busy by working with a friend on e-commerce technology sales. Next, I got a job at Aramark, a business uniform supply company. When COVID-19 hit, I worked with dental professionals to arrange supplies of PPE, like fluid-resistant gowns. Then, in September 2020, Jennifer and I sold our house in California and moved back home to Louisiana. That's where I got the money to use towards restitution.

Today, I work for Aramark in Louisiana, primarily selling uniforms to healthcare providers, manufacturing facilities and restaurant owners. I enjoy my job and was just promoted to Regional Account Executive. In this position, I am handling larger accounts, like restaurant chains. In addition to my job, I drive three hours when I can to help my blind, elderly aunt who has congestive heart failure and needs a lot of care and assistance. My sister and I were there when my uncle died in December 26, 2022, after a long battle with dementia. Plus, my wife works as a flight attendant, so she is out of town 3-4 days a week. When she is away, I take charge of the household and parenting duties.

My family lives in a safe neighborhood not far from my mother and siblings. I know how lucky I am to have a happy marriage and such wonderful, bright, healthy children. I've coached my son's Little League baseball teams for the past six years. I also coach his flag football team and help coach my daughter's soccer team. I love being a father more than anything in the world. I show my kids the tender kindness that my beloved Uncle Dennis showed me. Sadly, Dennis died of COVID-19 on February 17, 2021.

Writing this narrative has been a painful reckoning with the facts of my case. Also, I have confronted the hard truth of my lifetime of drug and alcohol abuse. Looking back, I see how drugs and alcohol were a common element in the most chaotic moments of my life. In St. Thomas, I drove my car off the road and down a cliff. Once, in Rhode Island, I spent twenty-eight days in jail for charges that were later thrown out. In 2019, I discovered via Facebook that I have a young adult son.

During my last year at DC Solar, I drank at the office and used drugs on the weekends. Often, I abused drugs and alcohol alone and in secret. My substance abuse affected my judgement and took a toll on my health. I can see how negative influences early in my life gave me unhealthy attitudes about alcohol and drugs.

This emotional legal process has given me an opportunity to make transformative change in my life. I saw a psychiatrist for two years and now see a therapist to work on my overall mental health. I attend Alcoholics Anonymous meetings, first in person and now via Zoom whenever I can. I know that I owe my family a future of sobriety and wise decision-making. I want to do everything in my power to give my children a stable home now and in the future.

In the years ahead, I plan to use my talent and communication skills to make a positive contribution to my community. I have coached Little League baseball, flag football, and soccer for years and these kids look up to me. I'm not only teaching them how to play sports. I also focus on teaching them to be great students in school, teammates and leaders. I want to use my story to help young people make better choices and avoid my mistakes.

Your honor, I should have used better judgment and I am deeply sorry for the troubles I caused. I will never return to another courtroom as a criminal defendant. I will not repeat the mistakes of my past. I am very sorry that I assisted this serious criminal conspiracy. I pray you will show mercy at my sentencing hearing.

With Respect,


Ryan Guidry

6

Jennifer Guidry

_____

January 14, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA 95814

Dear Judge Mendez,

Thank you for considering this letter in support of leniency for my dear husband, Ryan Guidry.

Since this legal process began, I have watched Ryan come to terms with the hard truth of the fraud at DC Solar. We were both shocked and dismayed at how Jeff and Paulette do this to all of their employees. I love my husband very much. He is the best father I could have ever imagined for my children. Your Honor, I am grateful for this opportunity to tell you about Ryan.

It was love-at-first-sight when Ryan and I met fifteen years ago in Lake Tahoe. We moved in together close to my family in Martinez, California, then got married in 2009. Ryan and I have two bright, beautiful, healthy children together, Samantha and Zachary. As a Southwest Airlines flight attendant, I am often away for several days at time. Ryan is a devoted, dutiful father who relishes the role of primary caregiver when I am out of town. He does an incredible job and our children adore him.

For four years, Ryan volunteered as a kids' t-ball and baseball coach in Pleasant Hill, California. He not only built a good team, he created a wonderful community of families. Ryan assembled a team of coaches who were great teachers and positive role models. Each year, we hosted 50+ people at our house for a barbeque and annual awards ceremony. Ryan

hosted the ceremony with enthusiasm, charm, and a deep love for his extended baseball family. The same families stayed with Ryan's team, year after year, because of Ryan's strong leadership and joyous spirit.

My parents loved and appreciated Ryan from the very beginning. He honored and respected them at all times. Anytime they needed anything, he showed up without delay. For a few years, Ryan helped with my parents' walnut harvest. It was a big job and Ryan dove right in to get the work done. As we prepare for the years ahead, Ryan is doing whatever he can to take care of us. We relocated to Louisiana where we are surrounded by family, love, and support. He is working hard selling professional uniforms to local businesses while helping our children adjust to their new home.

For most of his time at DC Solar, Ryan liked his job and took it very seriously. He was excited about the product and believed in the potential for the company. Ryan did everything he could to improve and to expand the legitimate side of the business. I know he put his heart into building the company in the right way. We were both shattered to learn about the massive fraud with regards to the investors.

As he prepares for his sentencing hearing, his primary focus has been on our family's stability and wellbeing. We have been going through this painful process together. I know that Ryan will do his duty and serve his sentence with humility. No matter what happens next, I have total faith in my husband and in our happy future together.

Your Honor, please have mercy on my husband, Ryan Guidry.

Sincerely,

Jennifer Guidry

January 12, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA 95814

Dear Judge Mendez,

My name is Deborah Lockhart and Ryan Guidry is my son. When Ryan told me about this case, I was very sorry to hear about the illegal activities at DC Solar. Ryan owned up to the fact that what happened was wrong. He expressed concern about the workers who lost their jobs and explained how investors were hurt. For many years, Ryan enjoyed working at DC Solar. He was proud to work in the green energy field. Ryan is a kind and loving man who I know had no intention to harm anyone. Your Honor, thank you for considering this letter in support of Ryan.

From early childhood, Ryan has always been friendly, warm, and compassionate. He surprised me with flowers on Mother's Day and visited our neighbor in the burn unit after a terrible accident. Later in life, he'd call to ask me to pray for friends who were in dire situations. I remember one friend in particular named Nicole. She was dying from liver disease and needed an organ transplant. Ryan flew down several times to sit with her in the hospital. My son cares deeply about other people and will do anything he can to alleviate their pain.

I visited Ryan in California many times since he started his family. I was very proud of the beautiful, unpretentious, happy life he and Jennifer built for themselves. At their kids swim meet, I met several of Ryan's friends. His community was made up of family-oriented, decent, polite people who clearly loved my son. I was overjoyed to see him surrounded by so many wonderful people engaged in such a healthy, positive event.

Ryan also gave me a tour of DC Solar. I remember seeing the warehouse where they assembled the units and meeting the people who worked there. Everyone greeted me with enthusiasm and warmth. It felt like a real community of people who worked hard and respected each other. I know how upset Ryan was about DC Solar's collapse hurt the employees. For years Ryan believed in that company and felt an emotional connection with his team.

Recently, Ryan and his family moved to Louisiana where I live. He is doing everything possible to create a peaceful new life for his children here. No matter what happens next, Ryan's siblings and I will be there for Ryan and his family. We love him very much and will support him the same way he supports other people. I pray that this Honorable Court will recognize Ryan's fine character and years of good works. If possible, I ask that you consider leniency for my son, Ryan.

Sincerely,

Deborah Lockhart

Jennifer Womble



January 11, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA 95814

Dear Judge Mendez,

Please accept this character reference letter in support of Ryan Guidry.

I met Ryan in 2013 when our three-year-old daughters attended the same preschool. He brought his children to my daughter's birthday party and stayed for the entire event. Ryan was clearly a hands-on dad who loved being around children. I appreciated his bright, positive personality and we soon became close friends.

Since then, our families have spent a lot of time together camping, fishing, and vacationing in the mountains. Ryan even taught my oldest daughter how to ride a bike. Anytime we are together, Ryan knows how to create fun activities for everyone. My children often spend the night at Ryan's house and I feel 1000% secure knowing he will be there. When my mother passed away, Ryan brought us prepared meals and cared for our children as we mourned. If my husband and I ever needed anything, Ryan was there for us.

For the last few years, Ryan has been a volunteer coach in a local kids' baseball league. I have several close friends whose children play on Ryan's team. Without exception, they sing his praises. Ryan has a wonderful way with children and develops strong, meaningful connections with them. He worked hard to give his team a strong foundation in baseball skills and good sportsmanship. I know that both Ryan and his team were heartbroken when he announced his relocation to Louisiana. Of course, my family misses him, too,

Ryan told us in person about his legal trouble. He gave a frank assessment of the case and did not hide the seriousness of the charges. I was flabbergasted to hear the news. It was the last thing I ever expected to hear. I remember how proud he was to work for a green energy company. I think he believed it to be a legitimate business with a good purpose. Ryan eventually let us know that he accepted responsibility by entering a guilty plea.

Ryan's first priority is his family. I know he is doing everything he can to take care of them. With his good heart and talent, I am confident that he will continue to make positive contributions to his community. My husband and I will certainly be there for him in the future. Your Honor, I hope you will keep this letter in mind when you decide Ryan's sentence. He is a very special human being who we believe deserves leniency.

Sincerely,

Jennifer Womble

Lisa Lutkus



January 10, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA 95814

Dear Judge Mendez,

Thank you for taking time to consider this letter in support of
leniency for Ryan Guidry.

I first met Ryan four years ago when he started as the
volunteer coach for my four-year-old son's t-ball team. Ryan
hosted a kickoff event for all twenty players and their families
at a kids' restaurant. From the moment he introduced himself,
I noticed his kind heart, polite manners, and enthusiasm for
coaching children. I felt very happy and secure knowing that
Ryan would be in charge of my son's team.

Ryan has a wonderful way of communicating with children.
He gets down on their level to give them encouragement and
clear direction. He stays calm and positive under any
circumstances. After games, Ryan hosted barbeques at his
house. He welcomed every kid and their family with open
arms. On the field and at these barbeque/pool parties, Ryan's
first concern was the safety and wellbeing of his guests.

Ryan continued to coach my son's team for the next three
years through the Pleasant Hill Baseball Association. He
threw himself into his coaching duties. He was always on

time, with all the gear, and he even sponsored the team's t-shirts and uniforms. The kids looked up to Ryan like a father figure and he conducted himself like a real gentleman.

Our sons became best friends as Ryan and I developed our own friendship. I always felt good about Ryan looking after my son during outings or sleepovers. I have seen firsthand what an outstanding father and husband he is. Plus, anytime my husband and I needed help with a household project, Ryan showed up ready and willing to work. He had a reputation as a community-oriented family man who was always there for his neighbors.

I was shocked when I first read about Ryan's case in the papers. He was the last person I ever imagined getting into legal trouble. Ryan sat down with my husband and me to explain what happened. He was honest about his case and took full responsibility for his actions. He answered our questions and made no excuses.

Your Honor, my husband and I will support Ryan in the future in any way we can. This case does not change our opinion of our dear friend. If I were ever in a position to hire him, I would do so without hesitation. Ryan is a true gift to my family and I know his best days are ahead of him. I hope you will keep my words in mind and hand down the most lenient possible sentence.

Sincerely,


Lisa Lutkus

**Rich Gomez**

January 15, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA 95814

Dear Judge Mendez,

Ryan Guidry told me about his federal case in person on the day it made the news. He was emotionally distraught and forthright about his legal trouble. Knowing him as I did, I was absolutely shocked by this information. I could never have imagined him having a legal problem like this. As his case progressed, we stayed in touch. He took his case very seriously and understood that there would be consequences. From my point of view, Ryan has handled this situation with honesty, poise, and acceptance.

Ryan and I first met in 2017 through the Pleasant Hill Baseball Association. Ryan volunteered as the manager and I was an assistant coach. Both our four-year-old sons played on that t-ball team. From Day One, Ryan was a straight-forward, friendly person who behaved like a complete gentleman. He was committed to giving the players and their families the best possible community experience.

Ryan has a phenomenal way with kids. He instinctually adjusts his coaching style based on each individual kid's personality. He is a natural leader and the entire team responded well to his direction. Ryan used positive reinforcement to help every player improve their skills. In my opinion, he set the perfect tone. There was no negativity whatsoever. Plus, Ryan communicated clearly to the parents about planning and logistics. For four seasons, the team stuck together like a big, happy family.

I remember one player in particular. He was introverted and not very athletic. Once, this player struggled to hit the ball off the tee. Instead of sending him along after five failed swings, Ryan paused the game to give the kid as many swings as he needed. After ten swings, the player finally made contact and hit the ball. From the standpoint of personal confidence, Ryan's actions meant the world to that child. It lifted the kid's spirits high and everyone celebrated with him.

As a member of our community, Ryan was an extraordinarily generous and beloved leader. Parents trusted Ryan completely with the safety and wellbeing of their children. As a friend, I could always rely on Ryan for anything, whether it was advice or a ride for my son. I respected Ryan as a role model for coaching and fatherhood. His children are bright and well-mannered. Ryan truly has a heart of gold. When he moved away, our entire baseball community was devastated. It was the end of a beautiful time for everyone.

I will definitely stay close to Ryan and his family in the future. If I ever had a chance to work with him or hire him, I would do it for sure. I hope this court will review all Ryan's excellent contributions to our community and show him mercy at sentencing.

Sincerely,

Rich Gomez

January 10, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA  95814

Dear Judge Mendez,

My name is Nicole Murtha. Ryan Guidry has been my dear friend for over twenty years. When
Ryan's legal trouble started, he called to tell me what happened. He shared a newspaper article
and answered my questions. Later, Ryan explained that he pleaded guilty in federal court. I
know that he is taking this process seriously. Your Honor, I am grateful for this opportunity to tell
you about Ryan from my point of view.

Ryan and I met in 2001 as co-workers at the Epernay Bar in St. Thomas, US Virgin Islands. I
immediately appreciated his strong work ethic and generous spirit. We developed a close
friendship and continued to work together when I opened my own bar in St. John. As a business
owner, I knew I could trust Ryan to run the bar in my absence. He was honorable and honest in
all ways. Once I went away for several weeks to attend the Winter Olympics. I knew my
business was in good hands with Ryan.

Ryan can handle any difficult situation that might arise at a bar. He has a gift for diffusing
tension and negative energy. He knows how to take charge of a bad situation and bring it to a
peaceful, safe resolution. I knew I could always rely on Ryan's steady temperament and polite
demeanor. He is the same gentle way in social settings and at home around his wife and
children. I have spent time at Ryan's house and can report that he is a wonderful husband and
father. His children are healthy, active, joyful, and polite just like their dad.

Two years ago, I went through a medical crisis that resulted in a liver transplant. Ryan was my
rock throughout my illness. There were days when it didn't look like I would survive.
Ryan flew to LA on multiple occasions just to sit with me. He called every day and sent candy
because he knew my weakness for it and the joy it brought me. Ryan stuck with me more than
anyone outside of my immediate family. On my worst days, his loving friendship meant
everything to me.

Ryan is an incredibly talented, hard-working, responsible person. If I ever owned my own
business, I would hire Ryan to run it. I will support Ryan in the future in any way I can. While
deliberating over his sentence, I hope this court will consider Ryan's whole story and good
heart.

Your Honor, please show mercy to Ryan Guidry.

Respectfully,


Nicole Murtha

**Greg Frizzie**

January 12, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA 95814

Dear Judge Mendez,

My name is Greg Frizzie and I am the owner of Frizziecorp, a nationwide trucking services
provider. My company also supplies power and mechanical repair services for large outdoor
events in remote locations. For the past ten years, I have worked with Ryan Guidry as both a
service-provider and a customer. My company serviced the DC Solar trucks and we rented their
mobile solar power generators for outdoor festivals.

Ryan is an honest, reliable, hard worker. In every single interaction, Ryan was polite, clear, and
honorable. If I had any kind of problem, Ryan responded promptly and took all necessary steps
to address my concerns. Ryan is a man of great integrity. Everything he said, he backed up with
action. He paid his bills on time and treated every single person with respect. We had a
business relationship based on trust and he never let me down.

Before this legal case began, Ryan and I were working on a deal for 250 DC Solar generators
for use as a Google corporate event. The generators supped clean, green energy and Ryan
worked hard to deliver a quality product. I had no idea that there was illegal activity going on
regarding the investors. From my point of view, DC Solar was a completely legitimate business.

Ryan told me that he took responsibility by entering a guilty plea in federal court. Despite this
case, I would absolutely work with Ryan again in the future. This case did not change my view
of his excellent character and fundamental decency. I encourage this court to show mercy by
handing down a lenient sentence to Ryan.

Respectfully,

Greg Frizzie

# HARMON INVESTIGATIONS

License number PI 8373

P.O. Box 981554
W. Sacramento, CA 95798-1554
916-550-0010 - rohpi@hotmail.com

TO: ROBERT M. WILSON                                    DT: JANUARY 6, 2021

FR: ROD HARMON                                          TM: 11:02 A.M.

RE: GUIDRY, RYAN

INTERVIEW OF: BRENT RECKERT

Reckert has known Guidry many years; the two at one time bartended together in the
Caribbean (St. John USVI – 2001). Reckert stated it was Guidry who brought him into
DC Solar and out of the Los Angeles film industry.

Reckert stated he started with DC Solar as a technician with the responsibility of getting
equipment from Oakland to Southern California. Reckert stated he made two to two
and a half trips a day back and forth from Oakland and the Los Angeles area. This would
sometimes cause him to have twenty two hour days. Reckert recalled making equipment
drops to T-Mobile. Through this he learned the equipment and how to service the
equipment and the cellular towers. At that time, Guidry was the Operations Manager
and was Reckert's supervisor.

Reckert stated DC Solar had a lot of equipment so Reckert took it on himself to make
calls on amphitheaters, cellular services, film industry and other possible customers. He
believes in 2014/15 he had a viable business going in the Southern California region. This
became noticeable to the DC Solar owners. DC Solar made up a sales team of five
members; Reckert was one of those five. One of Reckert's sales was to Coachella Valley
Music and Arts Festival. Guidry helped Reckert with the inventory and transportation
of eighty pieces of equipment to Coachella.

In 2014 Reckert was eventually put in charge of the Los Angeles Region warehouse in
which he ran the inventory: supervising two to four employees. As Operations Manager
Guidry was helping him hire and deal with all the paperwork involved with new
employees. Reckert stated it became clear that it was difficult to track equipment and
that equipment's location, operation time and service needs. Reckert stated he
developed a spreadsheet that helped to track maintenance, fuel consumption and other

equipment needs.  Guidry assisted his efforts to streamline the day to day operations of his warehouse and suggested the same procedures for other regions.

Reckert recalled in 2015 he learned of GSA (Government Service Agency) which helped certified companies sell to government agencies.  The government agency would pay all shipping costs and do most the work involved dealing with the equipment arriving at its destination.  The process getting approved by GSA was quite involved.  Reckert found a counselor who could help DC Solar get certified.  He and Guidry flew the counselor out to meet with them and later with DC Solar Owner Paulette.  The process required them to have another company involved.  Both Jeff and Paulette refused to follow through and the GSA possibilities were lost.  Reckert recalled Guidry put a lot of time and effort into getting this project set up.  Reckert never understood why Jeff and Paulette did not follow through on his and Guidry's efforts.

Reckert stated in 2015 the five-person team began the idea of putting customer marketing advertisement on the sides of DC Solar equipment at speedways, amphitheaters, colleges, and other locations.  This digital signage not only would advertise but track what customers were doing to be reported back to the advertising client.  In 2017/18 with Guidry's assistance, they had all the digital display designs completed and ad/venues available, however, Paulette never would sign off on the project and delayed the payment for buying the equipment.  Reckert recalled Guidry was very distraught and did not have the answer for her delay or reluctance.

Reckert believed the DC Solar business was getting ready to explode in Southern California. Reckert stated he recalled calling Guidry constantly trying to get more equipment.  However the problem Guidry was having was the owner (Paulette) was not signing off on the purchase orders to build more equipment.  Reckert later found out Paulette was also not paying their supply vendors.  Reckert stated, to protect himself he kept records (calls/emails) of his requests and responses for more equipment.  One such concern was when Coachella wanted smaller equipment, something DC Solar could have supplied. Reckert stated US Tower worked hard and designed a unique tower that could withstand 120MPH winds.  US Tower patented this tower and Reckert felt the smaller version of the tower would have been perfect for Coachella.  However, his request was buried by Paulette.  Reckert later found out (after Law Enforcement involvement) that DC Solar was getting larger tax credits on the bigger equipment than they would have on the equipment Coachella wanted.

Reckert stated Guidry spent a lot of time building relationships with customers and vendors, such as US Tower.  Reckert stated he and Guidry would sign off invoices and over six months later Paulette had still not signed off on the invoices.  Due to Paulette not signing off on customer invoices those contacts were eventually damaged if not lost. Reckert believes DC Solar owed US Tower millions.  Reckert knew Guidry was extremely frustrated that their vendors were not getting paid.  Reckert was present when Guidry would receive calls from vendors on invoices and purchase orders.  Guidry was extremely frustrated with Paulette's lack of taking care of these vendors.

Reckert recalled in 2015/16 Guidry was trying to find a better way to track equipment. Reckert stated there were devices "telematics - SCADA" that could be installed on the equipment to help in tracking.  They were given four units from a developer, Belectric of Germany (https://belectric.com/) to beta test on their equipment.  Reckert believed

2

either Guidry, or Guidry assigned someone, to fly to Germany to meet with the developers. Guidry was independently working to build this software to accomplish the task of tracking equipment's location, time in service and service needs. Reckert explained, on a regular basis he had to send staff out to make the rounds to each and every piece of equipment to check the service needs. A number of times, the equipment was fine while other times the equipment needed service long before their arrival. Having an App/software that assisted with tracking location, running time, solar take-in, fuel needs, etc.... would have been very helpful and save man hours.  Unfortunately once completed, Paulette refused to create a purchase order on the App/Software and telematics equipment. Belectric had already built a lot of the needed equipment. Paulette refused to pay Belectric. Reckert recalled Guidry was upset by the contact from Belectric between 2017 to sometime late 2018. Belectric made it clear to Guidry they would no longer do business with DC Solar as they had not been paid.

Reckert recalled in 2017 he noticed that pieces of equipment he had in the warehouse had serial numbers tampered with and labels changed. Reckert contacted Guidry with his findings, who had no idea who, why or how this could have occurred.  Reckert believed it was likely an owner family member who swapped labels/serial numbers out/off the equipment.

Reckert commented he projected in 2019 DC Solar would have had over one million in sales in Southern California alone.

Reckert believes it is not right Guidry is going down for what Jeff, Paulette and their family did with DC Solar. It was Reckert's understanding that Jeff, Paulette and family had numerous "shell" companies. Reckert is certain Guidry was not involved or a link to these companies. Reckert is positive Guidry had no idea or at least had no idea to what extend Paulette and family were doing to/with DC Solar. Reckert added, all the DC Solar California regions were getting what they needed from the Operations Manager (Guidry). According to Reckert, Guidry was not a part of the financial issues or decisions of DC Solar. Reckert stated Guidry had no direct authority to pay out anyone anytime or for anything. Reckert explained there were floors (or tiers) in DC Solar. Paulette, family and the financial officers were on the top. He (Reckert) and Guidry were warehouse or bottom floor.

Reckert stated whenever he was in Oakland (once a month for DC Solar meetings) he would stay at Guidry's home. Reckert stated during his visits he did notice Guidry was drinking heavily. However, he attributed that to the two of them getting together and both liking their bourbon. Reckert stated he did notice that on the last few evenings of drinking Guidry was clearly out drinking him, pouring heavy to himself. Reckert stated both had been involved with using drugs in their past including Cocaine and Ecstasy. This drug use started in the Caribbean, but did continue when they returned to the states. Reckert recalled one evening (2004, prior to DC Solar) after heavy drinking and cocaine/ecstasy party he lost Guidry. Reckert later found out Guidry had been hospitalized for the drug/alcohol abuse that evening. Reckert stated DC Solar parties were heavy drug and drinking events. Reckert stated the last two years of DC Solar, Guidry did seem to be drinking a lot heavier than before.

3

Reckert ended by commenting he and Guidry put more than six years into DC Solar working them to be the best in the industry.  Reckert believes if he or Guidry had known the "stuff in the background" he is not sure they would have made the same effort to/for D C Solar.

4

# HARMON INVESTIGATIONS

License number PI 8373

P.O. Box 981554
W. Sacramento, CA 95798-1554
916-550-0010 - rohpi@hotmail.com

TO: ROBERT M. WILSON                                         DT: JANUARY 6, 2021

FR: ROD HARMON                                               TM: 9:02 A.M.

RE: GUIDRY, RYAN

INTERVIEW OF: BRETT STUBBS



Stubbs recalled meeting Guidry at a job fair hosted by DC Solar in their parking lot.
Stubbs stated Guidry was already employed as the Vice President of Operations at DC
Solar at the time. Stubbs believes this job fair occurred on May 12, 2013. Stubbs was
hired by DC Solar as an Inventory Manager on May 19, 2013. Stubbs stated once hired
Guidry became his direct supervisor.

Stubbs recalled Guidry was a very supportive supervisor. Guidry had regular meetings
to assist Stubbs with his inventory responsibilities and to keep a cohesiveness amongst
the staff.

Stubbs explained, as the Inventory Manager he made sure inventory was set up and
organized. Stubbs also helped control the inventory got to its destination or the product
floor. Stubbs stated this included working with Guidry on Purchase Orders, receiving,
filling them, shipping and requesting replacement product/equipment.

Stubbs recalled Guidry was working with someone on an App or software that would
help them with tracking and servicing inventory. Stubbs too was working on a similar
project with a group he believed was named Royal Four. Stubbs believes they started the
software development in early 2014. When Stubbs presented the App/Software it was
rejected by the owner Paulette, whom Stubbs stated actually laughed at him during his
presentation. Stubbs believes this presentation would have occurred in later= 2014, early
2015. Stubbs stated at the time he had no idea why Paulette rejected his and Guidry's
software/App suggestions. However in hindsight it now makes sense.

Stubbs stated it was clear money was the ultimate motivator for owners Paulette and Jeff. Stubbs does not believe Guidry was involved in what was taking place behind the scenes at DC Solar. Stubbs feels, if anything Guidry was aware of what was occurring and did nothing.

Stubbs stated it became such a problem dealing with the inventory he began keeping his own notes as to what he had asked the top tier for and their lack of action. At one point DC Solar did hire a woman, Jennifer Jelich, to take his job, demoting him and making her his supervisor. Stubbs commented this did not last long as she too had the same inventory problems and lack of support from the ownership. Eventually Stubbs and Jelich shared the responsibilities of the inventory.

Stubbs stated when he first began at DC Solar he was continually praised and thanked by the upper tier for his work efforts. However after time, it was clear he could not do enough to help out. Stubbs stated, "You had to operate in what they (owners) wanted, not what was best for the company or their customers."

Stubbs stated prior to moving into the warehouse there was, as Stubbs called it "Top Tier" which was the CFO, owners, and family; then there was the bottom tier which included he and Guidry.

Stubbs also did some construction work for Guidry. Stubbs stated he did socialize with Guidry on occasion having a beer after work. Stubbs stated Guidry's drinking did get more intense prior to the raid by the government. At first Stubbs felt Guidry's drinking was odd. However, Stubbs admitted he too began to drink with Guidry to excess at lunchtime. Guidry stated it had become very stressful at DC Solar near the end. Stubbs stated Jennifer Jelich also joined them in their lunchtime/day drinking. In fact Stubbs had to take her home at least once from work.

Stubbs was not aware of any other issues in Guidry's life or family life. Stubbs stated the accusations/charges against Guidry surprised him. Stubbs admitted as a Christian he realizes "everyone is not perfect but I forgive, kinda forgive him, but it did change our relationship."

Stubbs stated he has never been contacted nor interviewed by anyone other than this investigator. Stubbs is aware that Jelich was interviewed by the federal government.

2

# HARMON INVESTIGATIONS

License number PI 8373

P.O. Box 981554
W. Sacramento, CA 95798-1554
916-550-0010 - rohpi@hotmail.com

TO: ROBERT M. WILSON                          DT: JANUARY 4, 2021

FR: ROD HARMON                                TM: 9:15 A.M.

RE: GUIDRY, RYAN

INTERVIEW OF: PETE DANG



Dang stated he has known Guidry for seven to eight years as they live on the same court.
Dang has socialized with Guidry and family frequently.

Dang state he is aware of the Federal charges Guidry is facing from reading the news.
Dang has not spoken to Guidry about those charges. Dang stated he was surprised by
the allegations/charges.

Dang stated three to four years ago (he believes possibly October 2017) Guidry came to
him and asked if he could build him (Guidry) an App (software) that would help in the
DC Solar business where Guidry was employed. Guidry explained to Dang he needed to
be able to track their (DC Solar's) equipment.

Dang did build an App that tracked where equipment was located, when it needed to be
refueled, serviced, and when orders for the equipment were received. Dang shared the
completed App with Guidry and a fellow DC Solar employee of Guidry's, Alan Hanson.
It was Dang's understanding Hanson worked for Guidry.

Guidry then set up a meeting with the female owner of DC Solar. Dang believed this
meeting occurred during the early summer months (May through July) of 2018. Dang
could not recall this woman's name. Dang did recall she had two large Doberman dogs
walking around in her office. Dang stated the female owner turned down Dang's App
proposal. Dang was not given a reason for the lack of interest in his App. Dang has since
destroyed and cleared all cloud storage he had used for the App.

January 15, 2021

Honorable John A. Mendez
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 6, 14th floor
Sacramento, CA  95814

Dear Judge Mendez,

I met Ryan Guidry on May 9, 2013, which was my first
day as a laborer at DC Solar. Ryan was my direct
manager for about the next six years. Ryan was an
excellent manager who treated people with respect. He
created a positive work environment that everyone
appreciated. He supported and believed in me like no
other boss I ever had. So, I was very glad when he
asked me to write this character reference letter. For all
the times he was there for me, I am proud to be there for
him today.

With Ryan's encouragement, I rose up in the company
as a technician. He sent me out into the field to maintain
the mobile units, train personnel, and set up new shops.
Ryan coached me on leadership and communication
skills. He lifted me up into a position of trust and gave
me confidence for the first time in my career. Ryan's faith
in me was a gift I will remember for the rest of my life.

I was very proud to work for DC Solar. Anytime I towed
our product behind my truck, I loved to see heads turn to
admire our generators. These mobile units powered light
towers for special events and T-Mobile cell sites for
emergency back-up power. It was exciting to work on
such cutting-edge technology that was good for the
environment. I felt like our hard work, under Ryan's
leadership, was an important part of the company's
success. In fact, it was my dream to retire from DC

Solar.

Ryan and I also had a personal bond. He invited me over to his house on several occasions for barbeques and to watch sporting events. This is when I had a chance to meet his family and really see him interact with them on a personal level. It touched me to see how much Ryan loved his children and how determined he was to take care of his whole family.
It was a delight to spend time over at his house.

Ryan also helped me twice when I was in serious personal distress. Both times, I called him for help and he was there for me. He didn't leave my side until he was sure I was okay. He also saved my job on both occasions. There aren't many good, caring people in the world like Ryan. I was proud to work for Ryan and would work for him again.

Your Honor, I am aware that Ryan pled guilty in this case. I was devastated to learn about how DC Solar defrauded investors. I really loved working there and believed in our product. I am sure that Ryan will handle his legal trouble in an honest and moral way. That is his core character. Please keep my letter in mind as you decide his sentence. I ask this court to be merciful and lenient with Ryan.

With respect,

Jeff Price

# CPS                    *Deepak Rao, M.D.*

**COMPREHENSIVE PSYCHIATRIC SERVICES**
*A Medical Group*

*3100 Oak Road 270*
*Walnut Creek, CA 94597*
*(925) 9449-9711*
*(925) 944-9709 FAX*

Tuesday, July 12, 2022

Re; Ryan Guidry (DOB: 01/05/1977)

To Whom It May Concern,

My name is Dr Deepak Rao and I am a psychiatrist who has been treating Mr Ryan Guidry since 08/17/20 on a monthly basis after he presented for depression, anxiety and substance related issues.

During this time, he has been started and maintained on Remeron 30mg 1 tab po QHS and Zaleplon 5mg 1 tab po QHS prn insomnia.

He has also attended AA meetings to work on his excessive alcohol use in the past and has had some success with these interventions.

I was not in contact with him at the time of the alleged incidents but from talking  with him, it appears that he was under a great deal of stress at the time and was going through undiagnosed  depression and anxiety which he was self medicating with alcohol and other substances and this may have impaired his judgement.

I can say that in the last 2 years, he has attended every session and has appeared motivated to work on his issues as well as with his family while maintaining his full employment.

I hope that this will be taken into consideration when assessing his situation.

Thanking you.

Yours Sincerely,

Deepak Rao

January 21, 2023

Honorable Dale A. Drozd
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Courtroom 4, 15th floor
Sacramento, CA 95814

Dear Judge Drozd,

My name is Jordan Johnson and I work with Ryan Guidry at Aramark. I joined the
Aramark sales team in May of 2022. Ryan is the Regional Account Executive, so he is
one of the two leaders of my team. Since I started my job, Ryan has offered me
guidance, insight, and assistance anytime I asked for help. This is my first sales job, so I
am very thankful to have a colleague like Ryan.

Ryan gives me help and advice even when it is not part of his job. Sometimes, we have
lunch to talk about ways I can improve. Ryan is easy to talk to and genuinely cares
about my growth as a professional. A few times, Ryan came to my meetings with clients
to show support and to be there for questions. Whether it is a client or a waiter, Ryan is
friendly and kind to everyone. He greets people with open arms and is patient even if he
is in a rush.

Ryan is an excellent problem solver. In a business setting, he is very knowledgeable
and solution-oriented. Ryan wants to make everything work in the best possible way for
everybody. He is a great example of Southern hospitality. He builds strong relationships
and earns people's trust through consistency, straight-forwardness, and personal
warmth.

I have never heard a complaint about Ryan. He always works with integrity and honor. I
do not know the details of Ryan's legal case, but it is impossible for me to imagine him
ever causing harm on purpose. Ryan has nurtured and mentored me out of the
kindness of his heart. I can also see that his children are at the forefront of everything
he does. Ryan is a truly fine gentlemen in a world where that is rare.

I consider it an honor to send this character reference letter about Ryan Guidry.

Sincerely,

Jordan Johnson

Jay Naron



January 23, 2023

Honorable Dale A. Drozd
United States District Judge
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA  95814

Dear Judge Drozd:

Thank you for taking time to read this character reference letter for Ryan Guidry. I was sorry and surprised to learn about Ryan's legal trouble. I think very highly of Ryan, so I hope this letter helps you see him as the outstanding person he is.

I am a regional sales manager for Aramark, a uniform services provider to clients in education, healthcare, business, prisons, and leisure. I first heard about Ryan when he transferred from Aramark in California to Louisiana. I spoke to Ryan's California manager who said, "You want this guy on your team."

Ryan started working for me in the Summer of 2020. He had the perfect temperament and personal style to be effective in South Louisiana. Plus, he works very hard to meet our team's sales targets. Through his dedication and exceptional skill set, Ryan's sales constitute 40% of my team's annual sales. Before Ryan started, my team was ranked #83 out of 100 nationwide. I put the number 83 on a big sign by my desk to motivate me. Then, Ryan arrived and we climbed up to #39 in six months.

I manage 15 reps over a large territory. So, Ryan takes on certain leadership duties when I cannot travel to his area. Most importantly, Ryan devotes valuable time and attention to developing new sales talent. The reps in his area know they can reach out to him for encouragement and good direction. If a particular rep is struggling, Ryan will spend the entire day with that rep to coach them. These teaching duties are not in Ryan's job description. Still, Ryan wants each person to do their best and show improvement day by day.

My entire team and all our clients can count on Ryan to be respectful, funny, honest, and honorable. I have not had any kind of issue with Ryan whatsoever. Ryan handled the COVID-related ups and downs with wisdom, perseverance, and flexibility. Last month, Ryan took charge of making funeral arrangements for beloved his uncle and comforting his aunt as she mourned. I know Ryan has spent a lot of time caring for them in recent years.

Ryan will always have a job on my team. He is an ideal employee, talented leader, and exceptional team player. I know how lucky I am to know and work with Ryan. I hope that his

legal issues resolve soon so he can get back to work. I fully support Ryan Guidry as one of the finest men I know.

Respectfully,

Jay Naron

*Nyla Gutekunst M.A.*
*Licensed Professional Counselor*

100 Innwood Dr Suite A
Covington, LA 70433
985-789-8599
Nyla.lpc@gmail.com
www.RenewHopeToday.com



Renew Hope
Counseling

January 23, 2023

Attorney Robert Wilson
770 L Street, Suite 950
Sacramento, CA   95814

Dear Mr. Wilson:

Ryan Guidry is a client of mine who has come for weekly therapy sessions since
December 5, 2022.  To date, he has attended 8 sessions in which we have particularly addressed
issues of anxiety and depression due to a diagnosis of Unspecified Trauma and Stressor Related
Disorder as well as Unspecified Alcohol-Related Disorder.

Mr. Guidry has been working to implement strategies and tools to help reduce stressors that
contribute to his anxiety and depression. He is using these tools instead of turning to alcohol as a
form of coping.

I believe that Mr. Guidry is benefitting from this therapeutic process and recommend that he
continue in therapy.

If you have further questions, feel free to contact me at 985-789-8599.

Respectfully,

Nyla Gutekunst M.A., LPC





MELAND | BUDWICK
ATTORNEYS AT LAW

Michael S. Budwick
mbudwick@melandbudwick.com

August 25, 2022

**VIA E-MAIL**
United States District Court for the E.D. California
c/o Robert Wilson, Esq.
Robert Wilson, Esq. (rwilson@businesscounsel.net)

> Re:  **Ryan Guidry**
>       *U.S.A. v. Ryan Guidry*, Case No. 20-00003-JAM (E.D.Ca.)

To the Honorable Court:

My firm is special litigation counsel to Christina Lovato, in her capacity as Chapter 7 bankruptcy trustee for DC Solar,[1] debtors-in-bankruptcy in the United States Bankruptcy Court for the District of Nevada.[2] I am delivering this letter to Robert Wilson, Esq. who will have responsibility to ensure delivery to this Honorable Court.

Ms. Lovato's role is to maximize the distribution to the creditors of DC Solar. In that regard, Ms. Lovato and her professionals have recovered the physical assets of DC Solar and are investigating and prosecuting civil litigation claims against third parties. As an after-the-fact appointed fiduciary, Ms. Lovato's investigation benefits from the cooperation of those with first-hand knowledge of the operative facts.

I write to advise the Court of the assistance and substantial cooperation that Ryan Guidry has provided. Substantively, Mr. Guidry provided information falling in three general categories:

1. DC Solar's internal operations, such as between and among its employees, and different employees' roles.
2. The mobile solar generators, of which the DC Solar bankruptcy estate owns an interest.

and

3. DC Solar's external operations, such as between DC Solar and/or its employees and third parties.

Mr. Guidry provided my firm with information and assistance which Ms. Lovato deems valuable and important. As a witness with personal, first-hand knowledge and who worked with DC Solar during the relevant time-period, Mr. Guidry provided substantive information and context to that information. And there were certain areas where Mr. Guidry was uniquely situated to provide

---

[1] "*DC Solar*" shall mean DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc. and Double Jump, Inc.

[2] Case No. 19-50102-gs (substantively consolidated) (U.S.B.C. D. Nev.).

MELAND | BUDWICK

3200 SOUTHEAST FINANCIAL CENTER  200 SOUTH BISCAYNE BOULEVARD  MIAMI, FL 33131     305-358-6363   305-358-1221

United States District Court for the E.D. California
c/o Robert Wilson, Esq.
August 25, 2022
Page 2

information, such as his first-person interactions with others. This includes in connection with DC Solar's day-to-day operations regarding the MSGs, given Mr. Guidry's role at the company.

Procedurally, the process has operated as follows:

1. My firm contacted Mr. Guidry's counsel (Robert Wilson, Esq.) to determine whether Mr. Guidry was willing to speak with us.
2. Attorney Wilson advised that Mr. Guidry agreed to do so.
3. My firm worked with Attorney Wilson to arrange a first meeting, and then later meetings, with Mr. Guidry.
4. My firm met with Mr. Guidry four times, on June 22, 2022, July 25, 2022, August 1, 2022, and August 8, 2022.
    a. These meetings took place via the Zoom platform, given travel and other logistical limitations imposed by the COVID-19 pandemic.
5. Other than the first meeting, each meeting lasted an hour or longer.
6. At each meeting, Mr. Guidry answered our questions and volunteered information.

My firm has asked Mr. Guidry to meet with us again in the future, and Mr. Guidry has agreed to do so.

Mr. Guidry's assistance has reduced the time and expense it would otherwise have taken to obtain, learn, or confirm certain information. Thus, Mr. Guidry's assistance has already benefitted Ms. Lovato, and the DC Solar bankruptcy estate, in the form of reduction of time, professional fees, and costs.

Respectfully,


Michael S. Budwick

MSB/gs

cc:     Christina Lovato, Chapter 7 Trustee
        Jeffrey Hartman, Esq.
        Solomon Genet, Esq.



# MELAND | BUDWICK
### ATTORNEYS AT LAW

Solomon B. Genet, Esq.
sgenet@melandbudwick.com

January 13, 2023

**VIA EMAIL**
Robert M. Wilson, Esq.
770 L Street, Suite 950
Sacramento, CA 95814
rwilson@businesscounsel.net

> **Re:**   **Your Client**, Ryan Guidry; *U.S.A. v. Guidry*, Case No. 20-0003 (E.D. Ca.).
> **My Client**, Christina Lovato as Chapter 7 Trustee; *In re Double Jump, Inc.*, Case
> No. 09-50102-gs (U.S.B.C. D. Nev.).

Dear Mr. Wilson:

As you know, my firm is special litigation counsel to Christina Lovato, in her capacity as Chapter 7 bankruptcy trustee for DC Solar,[1] debtors-in-bankruptcy in the U.S. Bankruptcy Court for the District of Nevada. This letter is regarding Ryan Guidry, your client, who is the defendant in *U.S.A. v. Guidry*, Case No. 20-0003 (E.D. Ca.).

Ms. Lovato is a panel bankruptcy trustee in the District of Nevada. In late January and early February 2019, DC Solar filed chapter 11 petitions commencing the Bankruptcy Cases. In March 2019, the Bankruptcy Cases were converted to cases under chapter 7 of the Bankruptcy Code and the Office of the United States Trustee appointed Ms. Lovato to serve as the Chapter 7 Trustee for DC Solar.

Ms. Lovato's role is to maximize the distribution to the creditors of DC Solar. As an after-the-fact appointed fiduciary, Ms. Lovato's investigation benefits from the cooperation of those with first-hand knowledge of the operative facts.

Thank you for facilitating Mr. Guidry's availability for the multiple "ZOOM" virtual interviews that have taken place between my firm and Mr. Guidry (and you).

Thank you for working with us to arrange an in-person meeting with Mr. Guidry, given the benefits of an in-person interview versus a virtual one. Because of scheduling difficulties, we have not been able to accomplish that until now – we now have a confirmed meeting in my office with Mr. Guidry for February 9, 2023. I expect that the topics will include Mr. Guidry's role in DC Solar's business operations.

The Trustee intends to provide a letter to the District Court presiding over *U.S.A. v. Guidry* outlining Mr. Guidry's cooperation with the Trustee. We understand Mr. Guidry's sentencing

---

[1] The above referenced debtors in bankruptcy are referred to as "***DC Solar***."

### MELAND | BUDWICK

Robert M. Wilson, Esq.
January 13, 2023
Page 2

hearing is scheduled for January 31, 2023 [ECF No. 57]. As a result, any letter provided before
that time would note the scheduled, in-person meeting, but of course could not provide any further
elaboration given the meeting would not yet have occurred.

   If you would like, I am happy to have a phone call to discuss.  I am,

       Sincerely,


       */s/ Solomon B. Genet*
       Solomon Genet

SBG/gs


cc:  Michael Budwick, Esq.