PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-03 DAD |
|---|---|
| Plaintiff, | ORDER TO SEAL DOCUMENT |
| v. | |
| RYAN GUIDRY, | |
| Defendant. | **SUBMITTED UNDER SEAL** |

This matter came before the Court on the United States's Request to Seal Documents in which in the prosecution has requested the Court seal a five-page Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1, the Request, and this Order.

Having read and considered the papers submitted, and being fully informed, the Court GRANTS the United States's Request and FINDS as follows:

1. Protecting the safety of a cooperating defendant qualifies as a compelling interest as does protecting the integrity of criminal investigations; accordingly, a compelling interest justifying nondisclosure of the aforementioned documents exists in this case.

2. Without the sealing of the aforementioned documents, there is a substantial likelihood that the defendant's safety will be endangered and that on-going criminal investigations, as well as future criminal investigations that rely on the use of cooperating defendants, will be jeopardized.

3. Anything less than sealing the aforementioned documents will identify defendant Ryan

Guidry, as a cooperating defendant and thereby jeopardize his safety and jeopardize on-going and future investigations. As such, sealing the aforementioned documents is narrowly tailored to achieve the compelling interests found herein.

Accordingly,

IT IS HEREBY ORDERED that the following documents in the above-captioned case are to be SEALED until further order of this Court:

1. The five-page Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1; and
2. The Request to Seal Documents, and
3. This Order.

IT IS FURTHER ORDERED THAT the docket entries in this case shall not refer to the United States's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1.

IT IS SO ORDERED.

Dated:   **January 26, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL

2