ROBERT M. WILSON (SBN 122731)
Law Offices of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA. 95814
Tel. (916) 441-0888
E-Mail: RWilson@BusinessCounsel.net

Attorney for Defendant
RYAN GUIDRY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:20 CR 00003 DAD |
| Plaintiff, | ) STIPULATION AND ORDER ADVANCING SURRENDER DATE |
| v. | ) |
| RYAN GUIDRY | ) |
| Defendants. | ) |

The Bureau of Prison has designated which institution defendant GUIDRY is to surrender. The parties, by and through their respective undersigned counsel of record, hereby Stipulate that Good Cause exists for advancing the surrender date of defendant GUIDRY from

//

//

//

//

//

//

STIPULATION RE SURRENDER           **1** | P A G E           2:20-CR 00003-DAD

July 5, 2023, to May 31, 2023.

Respectfully submitted,

April 10, 2023

/s Robert M. Wilson

Robert M. Wilson
Attorney for Defendant
RYAN GUIDRY

April 10, 2023                    PHILLIP A. TALBERT
                                  United States Attorney

/s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney

ORDER

GOOD CAUSE appearing, the surrender date for Defendant GUIDRY is advanced from July 5, 2023, to May 31, 2023. The U.S. Bureau of Prison has designated the institution defendant GUIDRY is to surrender. Defendant RYAN GUIDRY is ordered to surrender to the designated institution by 2:00 p.m. on or before May 31, 2023.

IT IS SO ORDERED.

Dated: __April 10, 2023__      _____
                                UNITED STATES DISTRICT JUDGE