HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RYAN GUIDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00003 DAD |
|---|---|
| Plaintiff, | **ORDER AMENDING BRIEFING SCHEDULE** |
| v. | |
| RYAN GUIDRY, | **RETROACTIVE CRIMINAL HISTORY CASE** |
| Defendant. | |

**ORDER**

For the reasons set forth in Mr. Guidry's unopposed request, and good cause appearing therefor, the briefing schedule set forth in the Court's January 5, 2024, minute order (ECF 74) is hereby AMENDED, as follows:

Defendant's status report, amended motion, or notice to stand on the original motion shall be filed on or before March 1, 2024;

///

///

///

///

1 | The government's response is due on March 29, 2024;
2 | Defendant's reply may be filed on April 12, 2024.
3 | Dated: January 12, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
RYAN GUIDRY

**ORDER**

IT IS SO ORDERED.

Dated: **January 12, 2024**

__Dale A. Drozd__
DALE A. DROZD
UNITED STATES DISTRICT JUDGE