HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RYAN GUIDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RYAN GUIDRY,<br><br>            Defendant. | No. 2:20-cr-00003 DAD<br><br>**UNOPPOSED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE** |

On January 16, 2024, the Court issued an order amending the briefing schedule. ECF 76.  In light of Mr. Guidry's current projected release date of August 31, 2027, and the need to obtain and review the sentencing transcript, the undersigned respectfully requests the Court enter the order lodged herewith amending the briefing schedule to provide that defendant's status report, amended motion, or notice to stand on the original motion be filed on or before March 29, 2024, the government's response is due on May 13, 2024, and the defendant's reply may be filed on May 27, 2024.

This is the second request for extension, and is not interposed to unduly delay the proceedings, gain an unfair advantage, or for any other improper purpose.  Counsel for the government, Assistant U.S. Attorney Shelley D. Weger, graciously indicated she had no

opposition to this request.

Dated: March 6, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
RYAN GUIDRY

## ORDER

For the reasons set forth in Mr. Guidry's unopposed request, and good cause appearing therefor, the briefing schedule set forth in the Court's January 16, 2024, minute order (ECF 76) is hereby AMENDED, as follows:

Defendant's status report, amended motion, or notice to stand on the original motion shall be filed on or before March 29, 2024;

The government's response is due on or before May 13, 2024;

Defendant's reply may be filed on or before May 27, 2024.

IT IS SO ORDERED.

Dated: **March 7, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2