PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
SHELLEY D. WEGER
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GUIDRY,<br><br>Defendant. | CASE NO. 2:20-CR-03 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 2, 2024 |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously set for status conference on June 25, 2024.

2. Defense counsel is ill with COVID and in the recovery process, and therefore cannot appear tomorrow.

3. The parties have conferred with the courtroom deputy regarding available dates, and jointly stipulate and request that the Court order the status conference be continued to July 2, 2024.

///

///

///

///

///

4.  Because this matter is post judgment and sentencing, the Speedy Trial Act does not apply and no exclusion of time is necessary.

IT IS SO STIPULATED.


DATED:  June 24, 2024                                PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ Christopher S. Hales
                                                    CHRISTOPHER S. HALES
                                                    SHELLEY D. WEGER
                                                    Assistant United States Attorneys


Dated:  June 24, 2024                               HEATHER WILLIAMS
                                                    Federal Public Defender

                                                    /s/ David Porter
                                                    David Porter
                                                    Counsel for Defendant
                                                    Ryan Guidry




**ORDER**

Pursuant to the stipulation of the parties, the status conference currently set for June 25, 2024, shall be continued to July 2, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 25, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE