HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RYAN GUIDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GUIDRY,<br><br>Defendant. | No. Cr. S 20-3 DAD 1<br><br>**STIPULATED REQUEST RE: BRIEFING SCHEDULE**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable DALE A. DROZD |

In light of the government's decision to repudiate the stipulation filed on April 30, 2024, ECF 85, the parties hereby stipulate as follows:

1. Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), shall be filed on or before July 19, 2024;

2. The government's response to the motion shall be filed on August 19, 2024; and,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Defendant's reply may be filed on September 9, 2024.

Respectfully submitted,

Dated: July 2, 2024                              Dated: July 2, 2024

PHILLIP A. TALBERT                               HEATHER E. WILLIAMS
United States Attorney                           Federal Defender


/s/ *Christopher Stanton Hales*                   /s/ *David M. Porter*
CHRISTOPHER STANTON HALES                        DAVID M. PORTER
Assistant U.S. Attorney                          Assistant Federal Defender

Attorney for Plaintiff                           Attorney for Defendant
UNITED STATES OF AMERICA                         RYAN GUIDRY

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor, the Court hereby **ORDERS**:

1. Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), shall be filed on July 19, 2024;

2. The government's response to the motion shall be filed on August 19, 2024;

3. Defendant's reply may be filed on September 9, 2024; and

4. The status set for July 9, 2024, is VACATED.

IT IS SO ORDERED.

Dated:   **July 3, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE