HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RYAN GUIDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GUIDRY,<br><br>Defendant. | No. 2:20-CR-00003 DAD-1<br><br>**STIPULATED REQUEST RE: BRIEFING SCHEDULE**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable DALE A. DROZD |

In light of the court reporter's inability to provide an expedited transcript of the June 11, 2024, status conference, the parties hereby stipulate as follows:

1. Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), shall be filed on or before August 30, 2024;

2. The government's response to the motion shall be filed on September 30; and,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Defendant's reply may be filed on October 15, 2024.

Respectfully submitted,

Dated:  July 17, 2024                                              Dated:   July 17, 2024

PHILLIP A. TALBERT                                          HEATHER E. WILLIAMS
United States Attorney                                          Federal Defender


 /s/ *Christopher Stanton Hales*                           /s/ *David M. Porter*
CHRISTOPHER STANTON HALES             DAVID M. PORTER
Assistant U.S. Attorney                                         Assistant Federal Defender

Attorney for Plaintiff                                              Attorney for Defendant
UNITED STATES OF AMERICA                         RYAN GUIDRY

# ORDER

Pursuant to the parties' stipulation and good cause appearing therefor, the Court hereby **ORDERS**:

1. Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), shall be filed on August 30, 2024;

2. The government's response to the motion shall be filed on September 30, 2024; and,

3. Defendant's reply may be filed on October 15, 2024.

IT IS SO ORDERED.

Dated:   **July 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE