PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00003-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO OBTAIN AND CITE IN CAMERA HEARING TRANSCRIPT |
| v. | |
| RYAN GUIDRY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Ryan Guidry, by and through his counsel of record, hereby stipulate as follows:

1. On April 30, 2024, the parties filed a stipulation to a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. ECF No. 85.

2. On June 11, 2024, the Court, on its own motion, held a status conference concerning the parties' stipulation to a sentence reduction. ECF Nos. 87, 88. During the status conference, the Court held an in-camera side bar during which it informed the parties of information it had received about the Defendant after the sentence and judgment was imposed, but before the Defendant self-surrendered to the Bureau of Prisons. ECF No. 88. The Court provided the parties an opportunity to consider whether the newly provided information would change their respective decisions to stipulate to a retroactive sentence reduction under 18 U.S.C. § 3582(c)(2). Based on the information provided, the government

1  decided that it no longer would stipulate to a sentence reduction.

2        3.      On July 8, 2024, the Court granted the parties' stipulated request to set a briefing

3  schedule.  ECF No. 93.  Defendant has now filed his motion for a sentence reduction pursuant to 18

4  U.S.C. § 3582(c)(2) and Amendment 821, but the transcript of the June 11, 2024, proceeding attached to

5  that motion does not include the in-camera side bar portion.  ECF 97 and 100.

6        4.      The parties now stipulate and request that the Court order the above in camera proceeding

7  be transcribed and that the transcript be provided to both the government and counsel for defendant.

8  The parties request that once prepared, the transcript be placed provisionally under seal and that

9  defendant's counsel be permitted seven (7) days to show cause why the transcript should not be

10  unsealed.

11        5.      The parties further stipulate and request that the Court order that either party can cite to

12  the transcript as necessary in their filings submitted to this Court relating to the defendant's request for a

13  sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821.

15        IT IS SO STIPULATED.

17  Dated:  September 17, 2024                      PHILLIP A. TALBERT
                                                                     United States Attorney

19                                                                       /s/ CHRISTOPHER S. HALES
                                                                     CHRISTOPHER S. HALES
                                                                     Assistant United States Attorney

22  Dated:  September 17, 2024                      /s/ DAVID PORTER
                                                                       DAVID PORTER
                                                                       Counsel for Defendant
                                                                       RYAN GUIDRY

**ORDER**

IT IS SO ORDERED.

Dated: **September 18, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE