1  PHILLIP A. TALBERT
   United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | CASE NO. 2:20-CR-00003-DAD
11 |         Plaintiff,               | STIPULATION REGARDING SCHEDULE
                                      | FOR DEFENDANT'S MOTION FOR
12 |     v.                           | REDUCTION IN SENTENCE; ORDER
13 | RYAN GUIDRY,
14 |         Defendant.
15

16

17                                **STIPULATION**

18        Plaintiff United States of America (the "government"), by and through its counsel of record, and

19 the defendant, by and through his counsel of record, hereby stipulate as follows:

20        1.      On August 30, 2024, through counsel, Defendant filed an amended motion for reduction

21 in sentence. Docket No. 100. The Government's response is due September 30, 2024. Docket No. 96.

22        2.      Counsel for the Government requests additional time to obtain and review the transcript

23 from the June 11, 2024, status conference portion that was held in-camera and draft a proper response to

24 the Defendant's motion. The Defendant does not oppose the Government's request.

25        3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

26 schedule on the Defendant's motion as follows:

27              a)      The Government's response to the Defendant's motion for sentence reduction is

28        to be filed on or before October 30, 2024;

STIPULATION RE BRIEFING SCHEDULE            1

b) The Defendant's reply to the Government's response to be filed on or before November 15, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 26, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/*Christopher S. Hales*<br>CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| Dated: September 26, 2024 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ *David Porter*<br>DAVID PORTER<br>Attorney for Defendant<br>Ryan Guidry |

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

a) The Government's response to the Defendant's motion, (Docket No. 100), is now due on or before October 30, 2024;

b) The Defendant's reply to the Government's response, if any, is due on or before November 15, 2024.

IT IS SO ORDERED.

Dated: **September 26, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE