PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00003-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; ORDER |
| v. | |
| RYAN GUIDRY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On August 30, 2024, through counsel, Defendant filed an amended motion for reduction in sentence. Docket No. 100. The Government's response is currently due October 30, 2024. Docket No. 1066.

2. Counsel for the Government requests additional time to review the transcript from the June 11, 2024, status conference portion that was held in-camera, and then finish drafting its response to the Defendant's motion. The government ordered the transcript on September 25, 2024 (Docket No. 104), and received the transcript on October 25, 2024. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

schedule on the Defendant's motion as follows:

    a)     The Government's response to the Defendant's motion for sentence reduction is to be filed on or before November 13, 2024;

    b)     The Defendant's reply to the Government's response to be filed on or before December 2, 2024.

IT IS SO STIPULATED.

Dated: October 25, 2024

PHILLIP A. TALBERT  
United States Attorney

*/s/Christopher S. Hales*  
CHRISTOPHER S. HALES  
Assistant United States Attorney

Dated: October 25, 2024

HEATHER E. WILLIAMS  
Federal Defender

*/s/ David Porter*  
DAVID PORTER  
Attorney for Defendant  
Ryan Guidry

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

    a)     The Government's response to the Defendant's motion, (Docket No. 100), is now due on or before November 13, 2024;

    b)     The Defendant's reply to the Government's response, if any, is due on or before December 2, 2024.

IT IS SO ORDERED.

Dated: **October 27, 2024**

DALE A. DROZD  
UNITED STATES DISTRICT JUDGE