AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:20-cr-00003-DAD   Document 113   Filed 12/09/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
EASTERN District of CALIFORNIA

United States of America
v.
RYAN GUIDRY

Case No: 2:20-CR-00003-DAD-1
USM No: 49926-510

Date of Original Judgment: 01/31/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 78 months **is reduced to** 65 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The sentence is reduced to 65 months on Count 2, to be served concurrently with the 60-month term of imprisonment imposed on Count 1, for a total term of imprisonment of 65 months.

Except as otherwise provided, all provisions of the judgment dated 02/16/2023 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 6, 2024

*Judge's signature* (Dale A. Drozd)

Effective Date: November 19, 2024
*(if different from order date)*

Honorable Dale A. Drozd, U.S. District Judge
*Printed name and title*